UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No. 3:23-cr-61

vs.

JACOB RUFF, JR.,                           District Judge Michael J. Newman

    Defendant.

---

### SCHEDULING ORDER
---

This criminal case is before the Court following Defendant's arraignment held on June 16, 2023, and the parties have met and conferred, pursuant to Fed. R. Crim. P. 16.1. Doc. No. 13. The Speedy Trial Act deadline in the present case is **August 22, 2023**. The Court thus sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **June 30, 2023** |
| Substantive Motion Filing Deadline: | **July 21, 2023** |
| Status report deadline: | **July 28, 2023** |
| Jury trial: | **August 14, 2023 at 9:30 a.m.** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

Counsel for both sides are **ADVISED** that, if Defendant wishes to change his plea (*i.e.*, plead guilty) in the future, the parties shall file the joint motion attached as an appendix to this scheduling order. Pursuant to Fed. R. Crim. P. 11, the Court shall not participate in plea negotiations and takes no position on whether a defendant changes his or her plea. *See* Fed. R. Crim. P. 11(c)(1).

**IT IS SO ORDERED.**

<u>June 16, 2023</u>  <u>s/Michael J. Newman</u>
Hon. Michael J. Newman
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

[DEFENDANT], *et al.*,

    Defendants.

Case No.

District Judge Michael J. Newman

## JOINT MOTION FOR DEFENDANT TO CHANGE PLEA

    The parties hereby jointly move this Court to permit the Defendant to change [his or her] plea in the above-captioned case.

| | |
|---|---|
| */s/ [Government Attorney Name]* | */s/ [Defendant Attorney Name]* |
| [Attorney Name] ([Bar Number]) | [Attorney Name] ([Bar Number]) |
| Assistant United States Attorney | [Insert Firm Name] |
| 200 West Second Street | [Insert Address] |
| Dayton, OH 45402 | [Insert City, State Zip Code] |
| Telephone: [insert phone number] | Telephone: [insert phone number] |
| Email: [insert email address] | Email: [insert email address] |
| *Attorney for Plaintiff* | *Attorney for Defendant* |